

**MINNESOTA OFFICE**
CANADIAN PACIFIC PLAZA
120 S. 6TH ST., STE 2600
MINNEAPOLIS, MN 55402

**CALIFORNIA OFFICE**
600 W. BROADWAY
SUITE 3300
SAN DIEGO, CA 92101

**CATHERINE K. SMITH**
csmith@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

March 9, 2026

**VIA ECF**
The Honorable Elizabeth Cowan Wright
United States District Court
316 N. Robert Street
St. Paul, MN 55101

> **Re:    Joint Status Update**
> ***Fitzpatrick et al v. Uponor, Inc.*, No. 0:25-cv-04268-SRN-ECW**
> **("*Fitzpatrick*") and *Harmon et al v. Uponor, Inc.*, No. 0:26-cv-01140-SRN-ECW ("*Harmon*")**

Dear Magistrate Judge Wright:

Pursuant to this Court's Order issued on February 23, 2026, *see Fitzpatrick*, ECF No. 38, the parties in the above-referenced related cases respectfully submit the following joint status letter on behalf Plaintiffs John Fitzpatrick, Diane Fitzpatrick, and John McKenzie (i.e., the plaintiffs in the *Fitzpatrick* action), Plaintiffs Lindsey Harmon, Maribeth Borroughs, and Seunghun Kim (*i.e.*, the plaintiffs in the *Harmon* action) (collectively "**Plaintiffs**"),  and Defendant Uponor, Inc ("**Uponor**") (collectively, the "**Parties**").

Since the conference before this Court on February 23, 2026, the Parties have met and conferred regarding the possibility of consolidating the *Fitzpatrick* and *Harmon* actions (collectively, the "**Actions**") and plan to file a stipulation to consolidate the Actions with the Court.

As outlined in the stipulation to consolidate, the parties have agreed to the following schedule regarding the filing of Plaintiffs' consolidated amended complaint and subsequent responsive pleadings or motion practice:

A.    Plaintiffs shall file a consolidated amended complaint within sixty (60) days from the date of this Court's order granting consolidation;

Page 2
March 9, 2026

B.    Uponor's responsive pleading or motion, including but not limited to any motion to compel arbitration, motion to strike class allegations, and/or motion to dismiss/strike claims, shall be filed within sixty (60) days of Plaintiffs' filing of a consolidated amended complaint;

C.    If Uponor responds by way of motion, Plaintiffs' opposition to the motion shall be filed within sixty (60) days of the filing of such motion by Uponor; and

D.    Uponor's reply shall be filed within thirty (30) days of Plaintiffs' opposition.

The Parties continue to discuss the possibility of transferring certain other actions to the District of Minnesota for consolidation with these Actions, though at present Uponor is not agreeable to such a transfer. If the Parties are unable to reach an agreement, Plaintiffs plan to file a motion to transfer venue pursuant to 28 U.S.C. § 1404(a).

Respectfully Submitted,

GUSTAFSON GLUEK PLLC

 /s/Catherin K. Smith
Catherine K. Smith

| | |
|---|---|
| Catherine Sung-Yun K. Smith | Jeffery M. Goldman (*pro hac vice*) |
| Daniel E. Gustafson | William C. Mullen (*pro hac vice*) |
| Bailey Twyman-Metzger | |
| Melanie Miller | **TROUTMAN PEPPER LOCKE LLP** |
| **GUSTAFSON GLUEK PLLC** | 350 South Grand Avenue, Suite 3400 |
| Canadian Pacific Plaza | Los Angeles, CA 90071 |
| 120 South 6th Street, Suite 2600 | Telephone: (213) 928-9800 |
| Minneapolis, MN 55402 | jeffery.goldman@troutman.com |
| Telephone: (612) 333-8844 | william.mullen@troutman.com |
| csmith@gustafsongluek.com | |
| dgustafson@gustafsongluek.com | |
| btwymanmetzger@gustafsongluek.com | Viginia McCalmont |
| mmiller@gustafsongluek.com | **FORSGREN FISHER MCCALMONT DEMAREA TYSVER LLP** |
| | Cappella Tower |
| David M. Birka-White (*pro hac vice*) | 225 South 6th Street, Suite 1500 |
| **BIRKA-WHITE LAW OFFICES** | Minneapolis, MN 55402 |
| 178 E. Prospect Avenue | Telephone: (612) 474-3300 |
| Danville, CA 94526 | vmccalmont@forsgrenfisher.com |
| Telephone: (925) 362-9999 | |
| dbw@birka-white.com | ***Attorneys for Defendant Uponor, Inc.*** |

Page 3
March 9, 2026

Adam E. Polk (*pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (526) 981-4800
apolk@girardsharp.com

Charles E. Schaffer (*pro hac vice*)
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
cschaffer@lfsblaw.com

*Attorneys for the Fitzpatrick Plaintiffs*

John G. Albanese, Bar No. 0395882
Joseph C. Hashmall, Bar No. 0392610
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5999
jalbanese@bergermontague.com
jhashmall@bergermontague.com

Lawrence Deutsch (*pro hac vice*)
Jacob M. Polakoff (*pro hac vice*)
Radha Nagamani Raghavan (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ldeutsch@bergermontague.com
jpolakoff@bergermontague.com
rraghavan@bergermontague.com

*Attorneys for the Harmon Plaintiffs*

cc:     All Counsel of Record (via ECF)